UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ROSA ANDREA GUZMAN, et al.,                :

                Plaintiffs,            :       **ORDER**
                                               :       16-CV-159 (WFK)(RLM)
        v.                                :

NEW ENGLAND MOTOR FREIGHT,         :
INC. et al.,                                         :

                Defendants.         :
------------------------------------------------------------X

**WILLIAM F. KUNTZ, II, United States District Judge**

On March 22, 2016, the Honorable Magistrate Judge Roanne L. Mann issued a Report and Recommendation. The parties were to file any objections on or before April 8, 2016. The parties, having failed to submit any timely objections, the Court adopts in full Magistrate Judge Mann's Report and Recommendation.

**SO ORDERED.**

s/ WFK

HON. WILLIAM F. KUNTZ, II
United States District Judge

Dated: September 29, 2016
Brooklyn, New York